UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | Case No. 17-cv-00261-JST<br><br>**ORDER TO SHOW CAUSE** |

On February 2, 2017, pursuant to stipulation of the parties, the Court entered an injunction "to resolve all matters in dispute in this action between" said parties. ECF No. 15.

Accordingly, the Court now ORDERS THE PARTIES TO SHOW CAUSE why this matter should not be closed, subject to a motion to reopen for purposes of enforcement should such a motion become necessary. See id. at 9 (providing that the Court retains jurisdiction "for purposes of construction, modification, and enforcement" of the injunction). A written response to this Order is due by February 22, 2017. If no response is filed, the Court will close the case.

IT IS SO ORDERED.

Dated: February 15, 2017

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge